"UNDER SEAL"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:14-cr-152-RJC |
| ) | |
| v. ) | |
| ) | |
| (1) THANH LIEN BUI, ) | |
|     also known as "Tommy" ) | |
| (2) CHARLES JOSIAH CHAMBERS ) | |
| (3) JAMES RICHARD LUMSDEN ) | |

## ORDER SEALING FIRST SUPERSEDING BILL OF INDICTMENT AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the First Superseding Bill of Indictment, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the First Superseding Bill of Indictment, the Arrest Warrants, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

SO ORDERED this 17 day of September 2014.

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE